## Exhibit A

### Consent to Sue

I hereby consent to be a plaintiff under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, to secure any unpaid wages or overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with Maine Drilling and Blasting, Inc. and any other associated parties.

_____
Kenneth Chapman

13AUG13
Date